RECEIVED
IN MONROE, LA
OCT 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| OCALENE M. JONES | CIVIL ACTION NO. 07-0875 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 14], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Ocalene Michelle Jones's ("Jones") Petition for Attorney Fees [Doc. No. 11] is GRANTED, and Defendant Michael J. Astrue, Commissioner, Social Security Administration, is ORDERED to pay attorney's fees in the amount of $3,637.50 (29.1 hours at $125.00 per hour) plus expenses and costs of $459.53, for a total fee and cost award of $4097.03 to Jones's attorney.

MONROE, LOUISIANA, this 8 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE